

e-mail address of sender
rgarteiser@ghiplaw.com

April 7, 2023

**VIA E-FILE**

Chambers of the Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom 24A
(212) 805-6325

    *Re:*    *Scanning Technologies Innovations, LLC v. Boomset, Inc., Case No. 1-23-cv-00248 (S.D.N.Y. 2023)*

Dear Honorable Colleen McMahon:

    Plaintiff's counsel is in the process of obtaining local counsel for this District. The parties are working towards a resolution of this case, and respectfully ask that the present deadlines for Defendant to respond and the upcoming case management case be continued for 28 (twenty-eight) days.

                                   Sincerely yours,

                                   Randall Garteiser
                                   Christopher A. Honea
                                   Attorneys for Plaintiff

119 W Ferguson St., Tyler, Texas 75702 ♦ 888.908.4400 ♦ www.ghiplaw.com



cc: all counsel of record via e-service