

**GARTEISER HONEA**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2023

e-mail address of sender
rvazquez@ghiplaw.com

May 8, 2023

**VIA E-FILE**

Chambers of the Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom 24A
(212) 805-6325

OK
Colleen McMahon
5/8/2023

Re:   *Scanning Technologies Innovations, LLC v. Boomset, Inc.*,
Case No. 1-23-cv-00248 (S.D.N.Y. 2023)

Dear Honorable Colleen McMahon:    **MEMO ENDORSED**

The Parties have reached a settlement in principal and respectfully ask that the present deadline for Defendant to respond and the upcoming case management conference be continued for an additional 14 (fourteen) days, so that the Parties can finalize a settlement agreement and submit a Motion to Dismiss.

Sincerely yours,

René A. Vazquez
Christopher A. Honea
Attorneys for Plaintiff

cc: all counsel of record via e-service

119 W Ferguson St., Tyler, Texas 75702 ♦ 888.908.4400 ♦ www.ghiplaw.com