IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>BOOMSET, INC.,<br><br>Defendant | Case No. 1:23-cv-00248-CM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Scanning Technologies Innovations, LLC and Defendant Boomset, Inc. hereby stipulate to the dismissal of all claims asserted in this action WITH PREJUDICE, with each party to bear its own attorneys' fees, costs and expenses.

Dated: May 19, 2023

*/s/ René A. Vazquez*
René A. Vazquez
Virginia Bar No. 41988
rvazquez@ghiplaw.com
Randall T. Garteiser
Texas Bar No. 24038912

**GARTEISER HONEA PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Tel/fax: (888) 908-4400

*Attorneys for Plaintiff*

Respectfully Submitted,

*/s/ Carrie A. Bader*
Carrie A. Bader
Kansas Bar No. 24436
Carrie.bader@eriseip.com
Megan J. Redmond
Kansas Bar No. 21999

**ERISE IP, P.A.**
7015 College Boulevard, Ste. 700
Overland Park, KS 66211
Tel.: (913)777-5600
Fax: (913)777-5601

*Attorneys for Defendant*